UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VALLAMBROSA PLANTATION, LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CSX TRANSPORTATION, INC. et al., ) <br> ) <br> Defendants. ) | Case No. CV415-254 |

## ORDER

The Court having reviewed and considered the petition of R. Patrick Dover of the law firm of McGuire Woods, LLP, 50 N. Laura Street, Suite 3300, Jacksonville, Florida 32205, for permission to appear pro hac vice on behalf of defendant CSX Transportation, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter R. Patrick Dover, as counsel of record for defendant CSX Transportation, Inc., in this case.

**SO ORDERED** this __28th__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA